# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL EVERT, et al., : | |
|        Plaintiffs, : | |
| : | **CIVIL ACTION** |
| v. : | No. 17-4478 |
| : | |
| FRANCIS PETTINICHIO, III, and : | |
| CLEAN HARBORS ENVIRONMENTAL : | |
| SERVICES, INC., : | |
|        Defendants. : | |

## ORDER

This 3rd day of April, 2018, upon consideration of Plaintiffs' Motion to Strike Objections and Compel Production of Documents, ECF No. 11, and Defendants' Response in Opposition, ECF No. 13, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**. It is further **ORDERED** that Defendants shall immediately produce an unredacted copy of the Clean Harbors Environmental Services, Inc. Incident Report. Plaintiff is granted leave to re-depose Defendant's driver Francis Pettinichio, if counsel deems it necessary, with all costs to be borne by Defendant Clean Harbors.

                                                               /s/ Gerald Austin McHugh
                                                            United States District Judge